# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                         Chapter 13

                                         Bankruptcy No. 18-11079-ELF

DEBORAH L HUNTER

1817 ASHURST ROAD

PHILADELPHIA, PA 19151

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
DEBORAH L HUNTER

1817 ASHURST ROAD

PHILADELPHIA, PA 19151

**Counsel for debtor(s), by electronic notice only.**
ROBERT D STEINBERG
WILLIG,WILLIAMS & DAVIDSON
1845 WALNUT ST  24TH FLOOR
PHILADELPHIA, PA 19103-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                               /s/ William C. Miller

Date: 5/7/2018

                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee