## UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Chapter 13
DEBORAH L. HUNTER : Bankruptcy No.   18-11079-ELF
:
Debtor(s) :

## CERTIFICATE OF SERVICE

I, Robert D. Steinberg, Esquire, counsel for Debtors hereby certifies that a Copy of the Amended Chapter 13 Plan was served on August 20, 2018 by regular mail to the Standing Chapter 13 Trustee, William C. Miller and:

Philadelphia Gas Works
Attn: Bankruptcy Dept., 3rd Fl.
800 W. Montgomery Avenue
Philadelphia, PA 19122

PNC Bank, N.A.
Attn: Bankruptcy
P.O. Box 94982
Cleveland, OH 44101

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

US Department of Education
P.O. Box 16448
St. Paul, MN 55116-0448

ONEMAIN
P.O. Box 3251
Evansville, IN 47731-3251

City of Philadelphia
Law Department Tax Unit
Bankruptcy Group, MSB
5th Floor
Philadelphia, PA  19102-1595

BANK OF AMERICA, N.A.
Bank of America
P.O. Box 31785
Tampa, FL 33631-3785

Police and Fire Federal Credit Union
901 Arch Street
Philadelphia, PA 19107

Dated: 9-11-18

ROBERT D. STEINBERG, ESQUIRE
Willig, Williams & Davidson
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
215-814-9225