IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                              :
                                                    :     In Chapter 13
    DEBORAH L. HUNTER,                       :
                                                    :     Bankruptcy No. 18-11079 (ELF)
                        Debtor.    :
------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #28 filed by the City of Philadelphia on September 11, 2018.

                                  Respectfully submitted,

                                  THE CITY OF PHILADELPHIA

Dated: September 11, 2018        By:    /s/ Pamela Elchert Thurmond
                                                        PAMELA ELCHERT THURMOND
                                                         Deputy City Solicitor
                                                         PA Attorney I.D. 202054
                                                         City of Philadelphia Law Department
                                                         1401 JFK Blvd., 5th Floor
                                                         Philadelphia, PA  19102-1595
                                                        215-686-0508 (phone)
                                                        215-686-0588 (facsimile)
                                                        Email: Pamela.Thurmond@phila.gov