IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                              :
                                                    :     In Chapter 13
    DEBORAH L. HUNTER,              :
                                                    :     Bankruptcy No. 18-11079 (ELF)
              Debtor.        :
---------------------------------------------------------x

# **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #30 filed by the City of Philadelphia on September 11, 2018.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: September 21, 2018       By:   /s/ Pamela Elchert Thurmond
                                                           PAMELA ELCHERT THURMOND
                                                           Deputy City Solicitor
                                                           PA Attorney I.D. 202054
                                                           City of Philadelphia Law Department
                                                           1401 JFK Blvd., 5th Floor
                                                           Philadelphia, PA  19102-1595
                                                           215-686-0508 (phone)
                                                           215-686-0588 (facsimile)
                                                           Email: Pamela.Thurmond@phila.gov