## UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

DEBORAH L. HUNTER

    Debtor(s)

:    Chapter 13
:    Bankruptcy No.  18-11079-ELF

## CERTIFICATE OF SERVICE

I, Robert D. Steinberg, Esquire, counsel for Debtors hereby certifies that a Copy of debtor's Third Amended Chapter 13 Plan was served on October 15, 2018 by regular mail to the Standing Chapter 13 Trustee, William C. Miller and:

US Department of Education
PO Box 16448
St. Paul, MN  55116-0448

Dated: 10-15-18

_____
ROBERT D. STEINBERG, ESQUIRE
Willig, Williams & Davidson
1845 Walnut Street, 24th Floor
Philadelphia, PA  19103
215-814-9225