**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                         Case No. 18-11079-elf
                                                                                      Chapter 13
DEBORAH L. HUNTER
AKA DEBORAH L HUNTER
AKA DEBORAH G. HUNTER
AKA DEBORAH SMITH GREEN

Debtor(s).

## NOTICE OF APPEARANCE

**ABS REO Trust VI**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:     /s/ Daniel P. Jones, Esquire
        Daniel P. Jones, Esquire,
        Bar No: 316043
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Fax: (215) 572-5025
        djones@sterneisenberg.com
        Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 10th day of May 2019, to the following:

Robert D. Steinberg
Willig, Williams & Davidson
1845 Walnut Street
24th Floor
Philadelphia, PA 19103
rsteinberg@wwdlaw.com
*Attorney for Debtor(s)*


William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
wcmiller@ramapo.com
*Chapter 13 Trustee*


United S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first-class mail postage prepaid to:

Deborah L. Hunter
aka Deborah L Hunter aka Deborah G. Hunter aka Deborah Smith Green
1817 Ashurst Road
Philadelphia, PA 19151
*Debtor(s)*


                                        By:    */s/Daniel P. Jones, Esquire*