IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                                  :
                                                       :     Chapter 13
        Deborah L. Hunter                              :
                                                       :     Bankruptcy No. 18-11079 (ELF)
                              Debtor.                  :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 13-2 filed by the City of Philadelphia on August 30, 2019.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: September 3, 2019    By:    /s/ Pamela Elchert Thurmond
PAMELA ELCHERT THURMOND
Deputy City Solicitor
PA Attorney I.D. 202054
City of Philadelphia Law Department
Tax & Revenue Unit
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0588 (facsimile)
Email: Pamela.Thurmond@phila.gov