STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>　　　Deborah L. Hunter<br>　　　Debtor(s)<br>-------------------------------------------------<br>Select Portfolio Servicing, Inc as servicing agent for ABS REO Trust VI<br>　　　　　　　Creditor/Movant<br>v.<br>Deborah L. Hunter<br>　　　　　Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 18-11079-elf<br><br>Judge: FRANK, ERIC L. |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

　　AND NOW, this ___26th___ day of ___November___, 2019, upon consideration of the Stipulation between Debtor and Select Portfolio Servicing, Inc as servicing agent for ABS REO Trust VI (Doc. # 50), it is hereby **ORDERED** that the Stipulation is **APPROVED**..

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**