United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deborah L. Hunter  
    Debtor

Case No. 18-11079-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1            Date Rcvd: Nov 26, 2019
                         Form ID: pdf900           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
```
db             +Deborah L. Hunter,    1817 Ashurst Road,    Philadelphia, PA 19151-2006
cr             +ABS REO Trust VI,    c/o Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
cr              BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL  33631-3785
cr             +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 27 2019 03:44:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 27 2019 03:44:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 27 2019 03:44:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Nov 27 2019 03:44:50     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
                                                                                              TOTAL: 4

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             BANK OF AMERICA, N.A.,     PO Box 31785,     TAMPA, FL  33631-3785
cr*             BANK OF AMERICA, N.A.,     PO BOX 31785,     TAMPA, FL  33631-3785
cr*             BANK OF AMERICA, N.A.,     PO BOX 31785,     TAMPA, FL  33631-3785
cr*             BANK OF AMERICA, N.A.,     PO BOX 31785,     TAMPA, FL  33631-3785
cr*             BANK OF AMERICA, N.A.,     PO BOX 31785,     TAMPA, FL  33631-3785
cr*             BANK OF AMERICA, N.A.,     PO BOX 31785,     TAMPA, FL  33631-3785
cr*             Bank of America, N.A.,     PO BOX 31785,     TAMPA, FL  33631-3785
cr*            +PNC Bank, N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
                                                                                TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
```
              ANDREW M. LUBIN    on behalf of Creditor    ABS REO Trust VI alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              DANIEL P. JONES    on behalf of Creditor    ABS REO Trust VI djones@sterneisenberg.com,
               bkecf@sterneisenberg.com
              JAMES A. PROSTKO    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              ROBERT D. STEINBERG    on behalf of Debtor Deborah L. Hunter rsteinberg@wwdlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re: | |
| --- | --- |
| Deborah L. Hunter | Chapter: 13 |
| Debtor(s) | |
| ------------------------------------------------ | Bankruptcy Case: 18-11079-elf |
| Select Portfolio Servicing, Inc as servicing agent for ABS REO Trust VI | Judge: FRANK, ERIC L. |
| Creditor/Movant | |
| v. | |
| Deborah L. Hunter | |
| Debtor(s) | |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, this __26th__ day of __November__, 2019, upon consideration of the Stipulation between Debtor and Select Portfolio Servicing, Inc as servicing agent for ABS REO Trust VI (Doc. # 50), it is hereby **ORDERED** that the Stipulation is **APPROVED**..

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**