# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-11079** |
| **Deborah L. Hunter AKA Deborah L** : | **Chapter 13** |
| **Hunter, AKA Deborah G. Hunter, AKA** : | **Judge Eric L. Frank** |
| **Deborah Smith Hunter** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **Debtor(s)** | |
| : | |
| **PNC Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Deborah L. Hunter AKA Deborah L** : | |
| **Hunter, AKA Deborah G. Hunter, AKA** : | |
| **Deborah Smith Hunter** : | |
| : | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Sarah E. Barngrover
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-020931_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-11079** |
| **Deborah L. Hunter AKA Deborah L** : | **Chapter 13** |
| **Hunter, AKA Deborah G. Hunter, AKA** : | **Judge Eric L. Frank** |
| **Deborah Smith Hunter** : | ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ |
| **Debtor(s)** | |
| : | |
| **PNC Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Deborah L. Hunter AKA Deborah L** : | |
| **Hunter, AKA Deborah G. Hunter, AKA** : | |
| **Deborah Smith Hunter** : | |
| : | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, ecfemails@ph13trustee.com

Robert D. Steinberg, Attorney for Deborah L. Hunter AKA Deborah L Hunter, AKA Deborah G. Hunter, AKA Deborah Smith Hunter, rsteinberg@wwdlaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Deborah L. Hunter AKA Deborah L Hunter, AKA Deborah G. Hunter, AKA Deborah Smith Hunter, 1817 Ashurst Road, Philadelphia, PA  19151

20-020931_PS

Deborah L. Hunter AKA Deborah L Hunter, AKA Deborah G. Hunter, AKA Deborah Smith Hunter, 1817 Ashurst Rd, Philadelphia, PA  19151-2006

/s/ Sarah E. Barngrover

20-020931_PS