Certificate Number: 05781-PAE-DE-035726077

Bankruptcy Case Number: 18-11079



05781-PAE-DE-035726077

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 2, 2021, at 4:10 o'clock PM PDT, Deborah Hunter completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 2, 2021

By: /s/Allison M Geving

Name: Allison M Geving

Title: President