United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Deborah L. Hunter  
Debtor

Case No. 18-11079-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3  
Date Rcvd: Jul 16, 2021  Form ID: 138NEW  Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah L. Hunter, 1817 Ashurst Road, Philadelphia, PA 19151-2006 |
| cr | + | ABS REO Trust VI, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14281557 | | ABS REO Trust VI, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14323344 | + | ABS REO Trust VI, C/O DANIEL P. JONES, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14058062 | + | AES/ SLX, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14091898 | | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14058064 | + | Bank of America NA, PO Box 26249, Tampa, FL 33623-6249 |
| 14058065 | + | Captial One/ Dress Barn, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 14058069 | + | Dress Barn/ Capital One, PO Box 71106, Charlotte, NC 28272-1106 |
| 14058071 | + | Lord & Taylor/ Capital One, PO Box 71106, Charlotte, NC 28272-1106 |
| 14058072 | + | Nationwide Retirement Solutionis, PO Box 182797, Columbus, OH 43218-2797 |
| 14058073 | + | One Main, Cutler Plaza, 156 Baltimore Pike, Springfield, PA 19064-3629 |
| 14058074 | + | One Main Financial, Cutler Plaza, 156 Baltimore Pike, Springfield, PA 19064-3629 |
| 14058075 | + | PFFCU Visa, PO Box 37603, Philadelphia, PA 19101-0603 |
| 14075914 | + | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA PA 19122-2898, ATTN: BANKRUPTCY DEPT, 3FL |
| 14563864 | | PNC BANK N.A., C/O SARAH ELISABETH BARNGROVER, Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14058076 | + | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14058077 | + | Police and Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14172401 | | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC BANK N.A., PO BOX 94982, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | CLEVELAND, OH 44101-0570 |
| 14058063 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 23:32:00 | Ashley Stewart/Comenity Bank, PO Box 659705, San Antonio, TX 78265-9705 |
| 14182111 | + | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14058066 | + | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia Dept. of Revenue, PO Box 8409, Philadelphia, PA 19101-8409 |
| 14058067 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 23:32:00 | Comenity Bank/ Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 14058068 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 23:32:00 | Comenity Bank/ Torrid, PO box 182789, Columbus, OH 43218-2789 |
| 14087504 | | Email/PDF: cbp@onemainfinancial.com | Jul 16 2021 23:35:30 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14100568 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC Bank, N.A., Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 14081851 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2021 23:35:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14058070 | ## | Fedloan Servicing, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 33 |

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor ABS REO Trust VI andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANDREW M. LUBIN | on behalf of Creditor ABS REO Trust VI alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| DANIEL P. JONES | on behalf of Creditor ABS REO Trust VI djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| JAMES A. PROSTKO | on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov |
| ROBERT D. STEINBERG | on behalf of Debtor Deborah L. Hunter rsteinberg@wwdlaw.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor PNC BANK N.A. amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Deborah L. Hunter
        Debtor(s)                                    Bankruptcy No: 18−11079−elf
                                                     Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                       Suite 400
                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                   For The Court
                                                         Timothy B. McGrath
                                                           Clerk of Court

Dated: 7/16/21

                                                                                                          59 − 58
                                                                                 Form 138_new