# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Deborah L. Hunter AKA Deborah L Hunter, AKA Deborah G. Hunter, AKA Deborah Smith Hunter** | : : : | Case No.: 18-11079 Chapter 13 Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **PNC Bank, N.A.** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

20-020931_PS

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-11079** |
| **Deborah L. Hunter AKA Deborah L** : | **Chapter 13** |
| **Hunter, AKA Deborah G. Hunter, AKA** : | **Judge Eric L. Frank** |
| **Deborah Smith Hunter** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **Debtor(s)** | |
| : | |
| **PNC Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Deborah L. Hunter AKA Deborah L** : | |
| **Hunter, AKA Deborah G. Hunter, AKA** : | |
| **Deborah Smith Hunter** : | |
| : | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, P.O. Box 40837, Philadelphia, PA  19107, ecfemails@ph13trustee.com

Robert D. Steinberg, Attorney for Deborah L. Hunter AKA Deborah L Hunter, AKA Deborah G. Hunter, AKA Deborah Smith Hunter, 1845 Walnut Street, 24th Floor, Philadelphia, PA 19103, rsteinberg@wwdlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 20, 2021:

Deborah L. Hunter AKA Deborah L Hunter, AKA Deborah G. Hunter, AKA Deborah Smith Hunter, 1817 Ashurst Road, Philadelphia, PA  19151

Deborah L. Hunter AKA Deborah L Hunter, AKA Deborah G. Hunter, AKA Deborah Smith

20-020931_PS

Hunter, 1817 Ashurst Rd, Philadelphia, PA  19151-2006

DATE: <u>September 20, 2021</u>

        <u>/s/ Adam B. Hall</u>
        Adam B. Hall, Esquire (323867)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Adam B. Hall.
        Contact email is abh@manleydeas.com

20-020931_PS